**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

ROSEMARY BLAKES                                                                                  PLAINTIFF
ADC #705058

V.                                         NO: 3:11CV00265 SWW

CRITTENDEN COUNTY
SHERIFF DEPARTMENT *et al.*                                                          DEFENDANTS

## **JUDGMENT**

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 12th day of December, 2011.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE